IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 2:16-cr-00125-KKD-WC |
| ) | |
| JON PATRICK PRESLEY, ) | |
| TANNER LOGAN COOK, ) | |
|    Defendants. ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), dated August 23, 2016, is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendant Presley's motion to suppress (Doc. 48) and Defendant Cook's motions to suppress (Doc. 68) are **DENIED**.

**DONE** and **ORDERED** this **9th** day of **September 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**